TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-54726
Case Name: GAMMIERE, ANTHONY & DARLENE
Trustee Name: Robert S. Thomas II

Claims of secured creditors will be paid as follows:

*Claimant*            *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | Robert S. Thomas II | $ 488.47 | $ 32.80 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*      *Fees*      *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

FILED 2010 JUN -7 PM 1:09
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 104,797.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.4 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 7,632.23 | $ 104.34 |
| 2 | Western Reserve Heart Care | $ 126.05 | $ 1.72 |
| 3 | Chase Bank USA, N.A. | $ 9,382.62 | $ 128.26 |
| 4 | PYOD LLC its successors and assigns as assignee of | $ 9,262.67 | $ 126.62 |
| 5 | PYOD LLC its successors and assigns as assignee of | $ 2,761.28 | $ 37.75 |
| 6 | PYOD LLC its successors and assigns as assignee of | $ 1,564.85 | $ 21.39 |
| 7 | Boulder Credit Service | $ 17,300.27 | $ 236.50 |
| 8 | CAPITAL ONE BANK USA, N.A. | $ 13,662.12 | $ 186.77 |
| 9 | Chase Bank USA, N.A. | $ 734.67 | $ 10.04 |
| 10 | Great Lakes Educational Loan Service | $ 12,981.05 | $ 177.46 |

*(handwritten: plus next page)*

**UST Form 101-7-TFR (9/1/2009)**

| | | | | |
|---|---|---|---|---|
| 11 | Chase Bank USA, N.A. | $ | 1,622.42 | $ 22.18 |
| 12 | Recovery Management Systems Corporation | $ | 1,210.81 | $ 16.55 |
| ~~13~~ | ~~Summa Health System~~ | ~~$~~ | ~~289.63~~ | ~~$ 3.96~~ |
| ~~14~~ | ~~Recovery Management Systems Corporation~~ | ~~$~~ | ~~185.79~~ | ~~$ 2.54~~ |
| 15 | Recovery Management Systems Corporation | $ | 6,774.23 | $ 92.61 |
| ~~16~~ | ~~Recovery Management Systems Corporation~~ | ~~$~~ | ~~225.16~~ | ~~$ 3.08~~ |
| 17 | FirstMerit Bank NA | $ | 11,654.02 | $ 159.31 |
| 18 | Fifth Third Bank | $ | 7,427.89 | $ 101.54 |

*handwritten: $11.30*

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                           Allowed Amt. of Claim    Proposed Payment*
                          N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                           Allowed Amt. of Claim    Proposed Payment*
                          N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

*handwritten: ck # 117*
*handwritten: receipt # 81527*

**UST Form 101-7-TFR (9/1/2009)**